# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

ARGONAUT INSURANCE
COMPANY,

    Plaintiff,

v.                                                                         Case No. 6:22-cv-1055-RBD-DAB

COLLAGE DESIGN &
CONSTRUCTION GROUP, INC.,

    Defendant.
_____

## ORDER

In this declaratory judgment action, Defendant moved to compel arbitration. (Doc. 7 ("Motion"); *see* Doc. 20.) On referral, U.S. Magistrate Judge David A. Baker entered a Report and Recommendation submitting that the Court should grant the Motion. (Doc. 29 ("R&R").) The time has passed and there were no objections, so the Court examines the R&R for clear error only. *See Macort v. Prem, Inc.*, 208 F. App'x 781, 784 (11th Cir. 2006). Finding none, the R&R is due to be adopted in its entirety.

Accordingly, it is **ORDERED AND ADJUDGED**:

1.     The R&R (Doc. 29) is **ADOPTED AND CONFIRMED** and made a part of this Order in its entirety.

2.     Defendant's Motion (Doc. 7) is **GRANTED**.

3. This case is **STAYED** pending arbitration. The parties are **DIRECTED** to arbitrate this case.

4. The parties are further **DIRECTED** to file a joint report on the status of the arbitration every ninety days from the date of this Order.

5. The Clerk is **DIRECTED** to administratively close this case.

**DONE AND ORDERED** in Chambers in Orlando, Florida, on September 27, 2022.

ROY B. DALTON JR.
United States District Judge